**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DISTRICT OF MARYLAND**
**(BALTIMORE DIVISION)**

| | | |
|---|---|---|
| JEFFREY DOYLE<br><br>Plaintiff<br><br>vs.<br><br>FRONTLINE ASSET STRATEGIES, LLC, ET AL.<br><br>Defendants | ) | Case No. ______________________ |

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)**
**(FEDERAL QUESTION)**

PLEASE TAKE NOTICE that Defendants Frontline Asset Strategies, LLC (hereinafter "Frontline") and Resurgent Capital Services L.P. ("Resurgent") (collectively "Defendants") hereby removes to this Court the state court action described below.

1. On August 31, 2016, the Plaintiff commenced an action in the Circuit Court for Anne Arundel County, Maryland, entitled *Jeffrey Doyle v. Frontline Asset Strategies, LLC, et al.*, Case Number C-02-CV-16-002759. A copy of the Summons and Complaint received by Defendants is attached and marked as Exhibit A in accordance with L.R. 103.5a.

2. This action is a civil action of which this Honorable Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441(b) in that it presents a federal question in that Plaintiff alleges violations of 15 U.S.C. § 1692 *et seq.*, the Fair Debt Collection Practices Act ("FDCPA").

3. Further, this Court has supplemental jurisdiction on the related state law claims pursuant to 28 U.S.C. § 1367.

4. Defendants were served with the state court action on September 22, 2016. This removal is timely pursuant to 28 U.S.C. § 1446(b).

5. To the best of the undersigned's knowledge, no other pleadings or documents, other than the Summons and Complaint attached hereto, have been filed in this matter.

6. As required by 28 U.S.C. § 1446(d), Defendants will give notice of the filing of this notice to the Plaintiff and to the clerk of the Circuit Court for Anne Arundel County, Maryland, where the action is currently pending.

WHEREFORE, Defendant respectfully requests that the above captioned matter currently pending in the Circuit Court for Anne Arundel County, Maryland be removed to this Honorable Court.

THE LAW OFFICES OF RONALD S. CANTER, LLC

Ronald S. Canter, Esquire
Bar No. 01024
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
rcanter@roncanterllc.com
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by first class mail, postage prepaid on this 20th day of October, 2016 to:

Matthew Vocci, Esq.
Jane Santoni, Esq.
Chelsea Ortega, Esq.
SANTONI, VOCCI & ORTEGA, LLC
401 Washington Avenue, Suite 200
Towson, Maryland 21204
mvocci@svolaw.com

Phillip Robinson, Esq.
CONSUMER LAW CENTER LLC
8737 Colesville Road, Suite 308
Silver Spring, Maryland 20910
phillip@marylandconsumer.com

Scott C. Borison, Esq.
LEGG LAW FIRM LLP
1900 S. Norfolk Road, Suite 350
San Mateo, California 94403
borison@legglaw.com

*Attorneys for Plaintiff*

Ronald S. Canter, Esquire
*Attorney for Defendants*