IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

| | |
|---|---|
| JEFFREY DOYLE )<br>)<br>     Plaintiff )<br>)<br>vs. )<br>)<br>FRONTLINE ASSET STRATEGIES, LLC, )<br>ET AL. )<br>)<br>     Defendants )<br>) | Case No. 1:16-cv-03501-RDB |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR ALTERNATIVELY, MOTION FOR STAY OF PROCEEDINGS**

COMES NOW, Defendants, Frontline Asset Strategies, LLC (hereinafter "Frontline") and Resurgent Capital Services L.P. ("Resurgent"), by and through undersigned counsel, and pursuant the "Colorado River" doctrine as articulated in *Colorado River Water Conservation District v. U.S.*, 424 U.S. 800 (1976), moves to dismiss Plaintiff's Complaint, or alternatively, for a stay of proceedings because of the existence of parallel proceedings pending in state court, and in support refers this Court to its memorandum in support of this motion.

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Ronald S. Canter
Ronald S. Canter, Esquire
Bar No. 01024
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile:  (301) 424-7470
rcanter@roncanterllc.com
*Attorney for Defendants*

1

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by ECF Procedures on this 10th day of November, 2016 to:

>Matthew Vocci, Esq.
>Jane Santoni, Esq.
>Chelsea Ortega, Esq.
>SANTONI, VOCCI & ORTEGA, LLC
>401 Washington Avenue, Suite 200
>Towson, Maryland 21204
>mvocci@svolaw.com
>
>Phillip Robinson, Esq.
>CONSUMER LAW CENTER LLC
>8737 Colesville Road, Suite 308
>Silver Spring, Maryland 20910
>phillip@marylandconsumer.com
>
>Scott C. Borison, Esq.
>LEGG LAW FIRM LLP
>1900 S. Norfolk Road, Suite 350
>San Mateo, California 94403
>borison@legglaw.com
>
>*Attorneys for Plaintiff*

/s/ Ronald S. Canter
Ronald S. Canter, Esquire
*Attorney for Defendants*