IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **JEFFREY DOYLE** | * | |
| Plaintiff | * | |
| v. | * | Case No. 1:16-cv-03501-RDB |
| **FRONTLINE ASSET STRATEGIES, LLC,** *et al.* | * | |
| Defendants. | * | |
| **MARIO DAZZA** | * | |
| Plaintiff | * | |
| v. | * | Case No. 1:16-cv-03954-RDB |
| **KIRSCHENBAUM, PHILLIPS & LEVY, P.C.,** *et al.* | * | |
| Defendants. | * | |
| **ROBERTO ARACENA** | * | |
| Plaintiff | * | |
| v. | * | Case No. 1:16-cv-03851-CCB |
| **ELTMAN LAW, P.C. D/B/A ELTMAN, ELTMAN & COOPER, P.C.** | * | |
| Defendant. | * | |

## ORDER

UPON CONSIDERATION of Plaintiffs' Motion to Consolidate *Doyle v. Frontline Asset Strategies, LLC*, et al., Case No. 1:16-cv-03501-RDB ("*Doyle*"), *Dazza v. Kirschenbaum, Phillips*

*& Levy, P.C.*, et al., Case No. 1:16-cv-03954-RDB ("*Dazza*") and *Aracena v. Eltman Law, P.C.*, Case No. 1:16-cv-03851-CCB ("*Aracena*"), it is this  11th  day of  MAY , 2017, hereby **ORDERED** that the Plaintiffs' Motion to Consolidate is **GRANTED.** It is further **ORDERED** that the cases will be consolidated for all purposes under 1:16-cv-03501-RDB, with Jeffrey Doyle as the lead plaintiff, individually and on behalf of all others similarly situated.

*/s/ Richard D. Bennett*

Richard D. Bennett
United States District Judge