### EXHIBIT A-2

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND
### (Northern Division)

| | | |
|---|---|---|
| **JEFFREY DOYLE** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | **Case No. 1:16-cv-03501-RDB** |
| **v.** | * | **(Consolidated Cases)** |
| | * | |
| **FRONTLINE ASSET** | * | |
| **STRATEGIES, LLC,** *et al.* | * | |
| | * | |
| **Defendants.** | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## ORDER GRANTING PRELIMINARY APPROVAL
## OF NOTICE, SETTLEMENT WITH DEFENDANTS, AND
## SETTING A FINAL APPROVAL HEARING AND OTHER DATES

Upon consideration of the Unopposed Motion for Preliminary Approval of a Settlement

Class, Appointing Plaintiff Mario Dazza as Class Representative, Appointing Plaintiff's Counsel

as Class Counsel, Approving Notice to the Class and setting of Final Approval Hearing and

Other Dates filed herein, and the pleadings, motions and memorandums filed in this action, the

Court finds that the motion be, and the same hereby is, **GRANTED**.

The Court has reviewed the requirements under Federal Rule of Civil Procedure 23(c)(1),

and finds that the proposed settlement class meets the requirements for certification. The class is

numerous, consisting of approximately 544 members. There are common issues of fact and law

as to whether Defendants' Kirschenbaum, Phillips & Levy, P.C. and Levy and Associates, LLC,

(collectively referred to as "Levy" or "Defendants"), actions and/or inactions were in violation of

the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. ("FDCPA") when they

collected or attempted to collect upon void judgments entered in favor of LVNV Funding LLC.

Plaintiff's claims are typical of the claims of the Class, and there is no dispute as to whether Plaintiff was treated any differently than any other Class Member.

Further, the Court finds that Plaintiff and his counsel adequately represent the Class Members. Plaintiff has no interest adverse to the other Class Members. Similarly, the Court finds that Plaintiff's Counsel, Jane Santoni, Matthew Vocci, Chelsea Ortega, Phillip R. Robinson and Scott C. Borrison, are adequate to serve as Class Counsel and hereby appoints Plaintiff as Class Representative and Jane Santoni, Matthew Vocci, Chelsea Ortega, Phillip R. Robinson and Scott C. Borison as Class Counsel.

In appointing Class Counsel, the Court has considered the work Counsel has done in identifying or investigating potential claims in the action, Class Counsels' experience in handling class actions, complex litigation, and claims of the type asserted in this action. The Court has also considered Class Counsels' knowledge of the applicable law and the resources Class Counsel will commit to representing the class. These factors favor appointment of Jane Santoni, Matthew Vocci, Chelsea Ortega, Phillip R. Robinson and Scott C. Borison.

Further, the Court finds that certification of the class action for settlement purposes under Federal Rule of Civil Procedure 23(c)(1) is an appropriate and superior method to resolve the claims in this action. The claims relate to collection activities, and pursuit of individual claims by class members is unlikely. The class action also sets forth common issues of fact that predominate over any other potential issues in this action.

Accordingly, the Court certifies the following class under Federal Rule of Civil Procedure 23(c)(1) for settlement purposes only:

> Those persons in the State of Maryland from whom Levy has communicated with, directly or indirectly, from December 9, 2013 until December 9, 2016. for the purpose of collecting a judgment

- 2 -

> entered in favor of LVNV Funding LLC ("LVNV") when LVNV
> sued while not licensed as a collection agency..

The claims to be addressed by the Class are:

> Statutory damages due to Class members under the FDCPA related to and arising
> from Defendants' efforts to collect debts owed by the Class Representatives and
> the Class Members to LVNV based upon certain judgements entered in favor of
> LVNV in Maryland state court while LVNV was not licensed as a collection
> agency.

The Court further finds that the proposed Settlement of this action as reflected in the

Class Action Settlement Agreement and Release is fair, reasonable, and in the best interests of

the Class Members, given that liability is not certain and the relief obtained is substantial.

The Court approves the manner of notice and proposed notices to the Class Members of

this Settlement; specifically, the Notice of Class Action Settlement (the "Class Notice") provided

to the Court by the parties.  Class Counsel shall issue the Class Notice by U.S. Mail to the last-

known addresses of the Class Members for which addresses are known no later than 30 days

from when this Order is entered by the Clerk.

The Court finds that the mailing of the Notice by regular first-Class mail to all Class

Members whose address has been identified constitutes valid, due and sufficient notice to the

Class Members and their Related Parties, and constitutes the best notice practicable under the

circumstances, complying fully with the requirements of Rule 23 of the Federal Rules of Civil

Procedure, the Constitution of the United States, and any other applicable law, and that no

further notice to the Class Members or their Related Parties is required.

This Order, and the Notice, shall require that any Objections to the Settlement Agreement

be made in writing, filed with the Court, and served upon Class Counsel and Defendants'

Counsel.  The Notice shall additionally contain the following dates and information:

- 3 -

Deadline for election to be excluded shall be eighty-five (85) days from day the Order is entered by the Clerk;

Deadline for objections to be filed shall be ninety (90) days from date the Order is entered by the Clerk; and

Date and time of final approval hearing: July 13, at 11 AM A.M./P.M.

The Final Approval Hearing concerning this Settlement shall take place on July 13, 2018 at 11 A.M./P.M. in Courtroom 5 D, of this Court. Plaintiff's Motion for Final Approval of this Settlement, Petition for Class Counsel Compensation, together with any affidavits regarding Notice and elections, shall be filed with the Court prior to the Final Approval hearing.

This Order is subject to further consideration based on any objection posed by any Class Member following the distribution of the Class Notice.

_Rell D. Bennett_

The Honorable Richard D. Bennett
Judge
United States District Court for the District of Maryland

*APRIL 2, 2018*

cc:    All Counsel of Record via ECF