IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| JEFFREY DOYLE, ET AL. | ) |
| Plaintiff | ) ) ) |
| vs. | ) ) Case No. 1:16-cv-03501-RDB ) (Consolidated Cases) |
| FRONTLINE ASSET STRATEGIES, LLC, ET AL. | ) ) ) |
| Defendants | ) ) ) |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff, and Levy & Associates, P.C., pursuant to the provisions of Paragraph 35 of the Class Action Settlement this case (ECF No. 39-1) stipulate that the above-entitled matter be entered as settled and dismissed as to Defendant Levy & Associates, LLC only.  This Stipulation will not effect the present Court Order approving the Class Action Settlement Agreement and Release in this case (ECF No. 46).

| | |
|---|---|
| SANTONI, VOCCI & ORTEGA, LLC | THE LAW OFFICES OF RONALD S. CANTER, LLC |
| /s/ Jane Santoni | /s/ Ronald S. Canter |
| Jane Santoni, Esquire | Ronald S. Canter, Esquire |
| ***Signed By Permission of Jane Santoni, Esq.*** | 200A Monroe Street, Suite 104 |
| 401 Washington Avenue, Suite 200 | Rockville, Maryland 20850 |
| Towson, Maryland 21204 | Telephone:  (301) 424-7490 |
| jane@williams-santonilaw.com | Facsimile:   (301) 424-7470 |
| *Attorney for Plaintiff* | rcanter@roncanterllc.com |
| | *Attorney for Defendants, Kirschenbaum, Phillips & Levy, P.C. and Levy and Associates, LLC* |

1